(Rev. 10/2002) General Document

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: _____

14-62641 Civ-Bloom/Valle

**IRVIN, Matthew**
_____
Plaintiff(s)

v.

**Yo-Gotti / Sony Music Entertainment Young Jeezy**
_____
Defendant(s)

FILED BY ___MG___
Deputy Clerk
**Nov 19, 2014**
STEVEN M. LARIMORE
CLERK U.S. DISTRICT CT.
S.D. OF FLA. FTL

"Copyright Infringement" / FRAUD
(TITLE OF DOCUMENT)

I, **IRVIN, Matthew** (plaintiff) or defendant, in the above styled cause, am suing Sony Music Entertainment / Yo-Gotti for the royalties of Sony Music Entertainment Hip Hop Artist Yo-Gotti remake of sound replay, ~~which is own~~ without owners ~~on~~ consent / written agreement.

(Rev. 10/2002) General Document

**Certificate of Service**

I __Irvin, Matthew__, certify that on this date __11/17__ a true copy of the foregoing document was mailed to: __Sony Music Entertainment__
name(s) and address(es)

__, Young Jeezy 3645 Market place Blvd. Ste 130 318 East point, GA 30344__

By:
__Irvin Matthew__                                __MI__
Printed or typed name of Filer                   Signature of Filer

                                                 __mr.Irvin33311@gmail.com__
Florida Bar Number                               E-mail address

__2407 NW 4 ct__
Phone Number                                     Facsimile Number

Street Address
__Pompano Beach Florida 33069__
City, State, Zip Code